**FINANCIAL DISCLOSURE REPORT**
**FOR CALENDAR YEAR 1996**

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| George C. Steeh III | U.S. District Court Eastern District of Michigan | 9/30/97 |
| 4. Title | 5. Report Type | 6. Reporting Period |
| U.S. District Judge Nominee | X Nomination, Date 9/24 97 __ Initial __ Annual __ Final | 1/1/96, 8/31 97 |
| 7. Chambers or Office Address | 8. | |
| 40 North Main Mt. Clemens, MI 48043 | Reviewing Officer | Date |

*IMPORTANT NOTES: ...*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Member, Board of Directors of each organization listed | Child Advocacy Center, United Way Community Services, March of Dimes, Macomb Arts Council, Comprehensive Youth Services, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreement) | |
| 1988 | State of Michigan Employee Retirement Plan (no control) |
| 1990 | County of Macomb Employee Retirement Plan (no control) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1995 | State of Michigan | $ 52,025.00 |
| 1995 | County of Macomb | 30,063.00 |
| 1996 | State of Michigan | $ 52,025.00 |
| 1996 | County of Macomb | 30,063.00 |
| 1997 to date | State of Michigan/County of Macomb | $ 45,317.44 |
| | | 29,963.79 |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>George C. Steeh III | Date of Report<br>9 A0 97 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS** – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | George C. Stosh III | | |

**... and TRUSTS** — income, value, transactions (Includes those of spouse...)

| Description of Assets | B. Amount/Type Period | | C. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount | (2) Type | (1) Value | (2) Method | (1) Type | (2) Date | Buy | Sell | Identity of buyer/seller |
| ...ons Optical Imaging Systems | | none | J | T | | | | | |
| ...-1 Systems Corp. | | none | J | T | Sell | 3/19 | J | C | |
| ...la, Inc. | | none | J | T | Buy | 3/19 | J | | |
| ...Old Kent Bank | A | int | J | | | | | | |
| ...Merrill Lynch | B | div | K | T | | | | | |
| ...oney & Co. IRA | B | div | M | T | | | | | |
| ...Bennett Promissory Note | A | int | J | T | | | | | |
| ...Macomb Employees 457 Plan Account | | | | | | | | | |
| ...State of Michigan Employees Retirement | A | int | K | T | | | | | |
| ...County of Macomb Employees Retirement | | | M | W | | | | | |
| | | | K | W | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>George C. Steeh III | Date of Report<br>9-30-97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                Date  9-30-97

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

90-531  1469

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>George C. Steeh III | Date of Report<br>9 /30/ 97 |
| --- | --- | --- |

**VII. Page 1 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets.)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separately owned by spouse, "(DC)" | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method (Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 OIS Optical Imaging Systems | | none | J | T | | | | | | |
| 2 3-D Systems Corp. | | none | J | T | Sell | 3/15 | J | C | | |
| 3 Zila, Inc. | | none | J | T | Buy | 3/15 | J | | | |
| 4 Old Kent Bank | A | int | J | | | | | | | |
| 5 Merrill Lynch | B | div | K | T | | | | | | |
| 6 Roney & Co. IRA | B | div | M | T | | | | | | |
| 7 Bennett Promissory Note | A | int | J | T | | | | | | |
| 8 Macomb Employees 457 Plan Account | A | int | K | T | | | | | | |
| 9 State of Michigan Employee Retirement | | | M | W | | | | | | |
| 10 County of Macomb Employee Retirement | | | K | W | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>George C. Steeh III | Date of Report<br>9-30-97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date 9-30-97

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

50-531   HFG

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | George C. Steeh III | 9 /30/ 97 |

**VII. Page 1 INVESTMENTS and TRUSTS** -- income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separately owned by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g. div, rent, int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 OIS Optical Imaging Systems | | none | J | T | | | | | |
| 2 3-D Systems Corp. | | none | J | T | Sell | 3/19 | J | C | |
| 3 Zila, Inc. | | none | J | T | Buy | 3/19 | J | | |
| 4 Old Kent Bank | A | int | J | | | | | | |
| 5 Merrill Lynch | B | div | K | T | | | | | |
| 6 Roney & Co. IRA | B | div | M | T | | | | | |
| 7 Bennett Promissory Note | A | int | J | T | | | | | |
| 8 Macomb Employees 457 Plan Account | A | int | K | T | | | | | |
| 9 State of Michigan Employee Retirement | | | M | W | | | | | |
| 10 County of Macomb Employee Retirement | | | K | W | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>George C. Steeh III | Date of Report<br>9-30-97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _9-30-97_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

50-531 HFO

Digitized by Google

09/30/97  TUE 17:56 FAX 2

@002


## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on-hand and in banks | $ 6 | 371 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 13 | 011 | 79 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | 22 | 899 | 00 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | 7 | 000 | 00 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule Standard Federal | $110 | 000 | 00 |
| Real estate owned—add schedule | 260 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgage receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 70 | 000 | 00 | | | | |
| Cash value—life insurance | 16 | 309 | 68 | | | | |
| Other assets—itemize: | | | | | | | |
| Genesee County Retirement | 15 | 000 | 00 | | | | |
| Deferred Compensation Plan | 21 | 000 | 00 | | | | |
| | | | | Total liabilities | $110 | 000 | 00 |
| | | | | Net Worth | $321 | 591 | 47 |
| Total Assets | $ 431 | 591 | 47 | Total liabilities and net worth | $431 | 591 | 47 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts Daughter's Car Lease | 3 | 870 | 00 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

Digitized by Google